FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAUL G. F.,[1]<br><br>            Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | No.   1:23-cv-3003-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

On June 16, 2023, the parties filed a Stipulated Motion for Remand. The parties agree that the matter should be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties also agree that Plaintiff may apply for attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1.  The parties' Stipulated Motion for Remand, **ECF No. 16**, is **GRANTED.**

2.  Judgment shall be entered for **Plaintiff**.

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

3. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council is to instruct the ALJ to:

- Ensure that if evidence is obtained post-hearing, it is proffered to Plaintiff and his representative and that the procedures set forth in HALLEX I-2-7-1 are followed.
- Obtain supplemental vocational expert to clarify the effect of the assessed limitations on Plaintiff's ability to perform work available in significant numbers in the national economy.
- Offer Plaintiff an opportunity for a new hearing, take any further action needed to complete the administrative record, reevaluate the medical evidence, and issue a new decision.

4. All pending motions and hearings are **STRICKEN.**

5. If filed, the Court will consider Plaintiff's motion for EAJA fees.

6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this _26th_ day of June 2023.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge

ORDER - 2